# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RICHARD STOECKLIN and PINDAI STOECKLIN, Plaintiffs, v. CITY OF CHICAGO, et al., Defendants. | FILED: JUNE 5, 2008<br>08 CV 3243    JH<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD STOECKLIN and PINDAI STOECKLIN

| NAME (Type or print) |
|---|
| Kurt Feuer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kurt Feuer |
| FIRM |
| Kurt Feuer |
| STREET ADDRESS |
| 312 N. May St. Ste 100 |
| CITY/STATE/ZIP |
| Chicago, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6187322 | 312-243-5900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐