## United States District Court for the Northern District of Illinois

Case Number: 08CV3243　　　　Assigned/Issued By: DAJ

Judge Name: PALLMEYER　　　　Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　　[ ] $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00　　　　　　　　Receipt #: 2833455

Date Payment Rec'd: 06/05/08　　　　Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　 [ ] Lis Pendens

[ ] Non Wage Garnishment Summons　　  [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
　　　　(Type of Writ)

__1__ Original and __0__ copies on __06/05/08__ as to __CITY OF CHICAGO__
　　　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05