IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD STOECKLIN and PINDAI STOECKLIN, | ) ) ) | |
| Plaintiffs, | ) ) | NO. 08 C 3243 |
| v. | ) ) | JUDGE PALLMEYER |
| CITY OF CHICAGO and UNNAMED CHICAGO POLICE OFFICERS, | ) ) ) ) | MAGISTRATE JUDGE VALDEZ |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in her place or stead, on the 2nd day of July, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 27th day of June, 2008.

            MARA S. GEORGES
            CORPORATION COUNSEL
            CITY OF CHICAGO

       BY: /s/ Rita Moran
          RITA MORAN
          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301