## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD STOECKLIN and PINDAI STOECKLIN, | No.   08 C 3243 |
| Plaintiff(s), | JUDGE PALLMEYER |
| v. | Magistrate Judge Valdez |
| CITY OF CHICAGO and EDDIE M. YOSHIMURA, Star No. 2334, | **JURY DEMAND** |
| Defendant(s). | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Kurt H. Feuer
      LOEVY & LOEVY
      312 North May Street - Suite 100
      Chicago, IL 60607

PLEASE TAKE NOTICE that on July 30, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's First Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be mailed to the person named above at the address shown this 30 day of July, 2008.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:   /s/ Rita Moran
      RITA MORAN
      Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office
(312) 744-3989 Fax *New*