IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD STOECKLIN and PINDAI STOECKLIN, | ) ) ) | **No.    08 C 3243** |
| Plaintiff(s), | ) ) ) | JUDGE PALLMEYER |
| v. | ) ) ) | Magistrate Judge Valdez |
| CITY OF CHICAGO and EDDIE M. YOSHIMURA, Star No. 2334, | ) ) ) | **JURY DEMAND** |
| Defendant(s). | ) | |

**DEFENDANT OFFICER'S AGREED MOTION
TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Officers Eddie Yoshimura, by one of his attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which he may answer or otherwise plead to plaintiff's Amended Complaint, stating as follows:

(1)   Officer Eddie Yoshimura was personally served with this lawsuit on July 31, 2008.

(2)   The undersigned filed her Appearance for Officer Yoshimura on August 8, 2008.

(3)   This motion is Defendant Officer's first request for an extension of time to answer or otherwise plead.

(4)   Defendants Officer has not filed this motion for purposes of delay, rather, Defendant Officer has not yet had the opportunity to interview police personnel and review the necessary paperwork to answer this matter.

(5)   Defendant Officer has discussed this matter with counsel for Plaintiff, who has

agreed to their proposed extension of time.

**WHEREFORE**, Defendant Officer requests this Court to grant his motion for an extension of time to and including August 29, 2008, to answer or otherwise plead to Plaintiff's Amended Complaint.

Respectfully submitted,

 /s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 NORTH LA SALLE ST.
SUITE 1400
CHICAGO, ILLINOIS  60602          August 8, 2008
(312) 742-6404
ATTORNEY NO. 06277989