**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD STOECKLIN and | ) | |
| PINDAI STOECKLIN, | ) | **No. 08 C 3243** |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PALLMEYER |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| CITY OF CHICAGO and EDDIE M. | ) | |
| YOSHIMURA, Star No. 2334, | ) | **JURY DEMAND** |
| | ) | |
| Defendant(s). | ) | |

<u>NOTICE OF AGREED MOTION</u>

To:    **Kurt Henry Feuer
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607**

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICER'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**.

     PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in her place or stead, on **August 12, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2119** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

     **DATED** at Chicago, Illinois August 8, 2008

                          Respectfully submitted,

                          /s/ Mary McCahill
                          MARY MCCAHILL
                          Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANT OFFICER'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on August 8, 2008.

**Kurt Henry Feuer**
**Loevy & Loevy**
**312 North May Street, Suite 100**
**Chicago, IL 60607**

<u>/s/ Mary McCahill</u>
MARY MCCAHILL