IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICHARD STOECKLIN and PINDAI STOECKLIN, | ) ) ) |
| Plaintiffs, | ) Case No. 08 C 3243 ) |
| v. | ) ) |
| CITY OF CHICAGO and EDDIE M. YOSHIMURA, Star No. 2334, | ) Judge Pallmeyer ) ) |
| Defendants. | ) Jury Demand |

### REPORT OF PARTIES' PLANNING MEETING

Plaintiffs, RICHARD STOECKLIN and PINDAI STOECKLIN, by their attorney, KURT H. FEUER, and Defendants, CITY OF CHICAGO and EDDIE M. YOSHIMURA, by their counsel, Rita Moran of the Office of Corporation Counsel, as their Report of the Parties' Planning Meeting, state as follows:

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on July 29, 2008 at the offices of Loevy & Loevy, 312 North May Street, Chicago, and was attended by:

> Kurt Feuer
> Attorney at Law
> 312 North May Street, Suite 100
> Chicago, IL 60607
> (312)243-5900
>
> Counsel for Plaintiffs

1

Rita Moran
Employment and Policy Litigation
Office of Corporation Counsel for the City of Chicago
30 North LaSalle Street, Suite 1020
Chicago, IL 60602
(312)744-4939

Counsel for Defendant the City of Chicago

2. **Pre-trial Schedule.** The parties jointly propose to the Court the following discovery plan:

A. Discovery will be needed on the following subjects:

i) Plaintiffs' allegations of an unlawful search of their apartment by Defendant Eddie Yoshimura and other officers of the Chicago Police Department;

ii) Plaintiffs' damages.

B. Disclosures pursuant to FED. R. CIV. P. 26(a) to be made by August 29, 2008. All discovery to be commenced in time to be completed by December 15, 2008.

C. The parties expect they will need approximately 10 depositions.

        D.    Reports from retained experts under Rule 26(a)(2) due:

            from Plaintiffs by <u>January 15, 2009</u>.

            from Defendants by <u>February 15, 2009</u>.

        E.    The Parties should be allowed until <u>November 15, 2008</u> to join additional parties and until <u>November 15, 2003</u> to amend the pleadings.

        F.    All potentially dispositive motions should be filed by <u>March 15, 2009</u>.

        G.    Final pretrial order: Plaintiff to prepare proposed draft and submit to Defendants by <u>April 30, 2009</u>; parties to file joint final pretrial order by <u>May 15, 2009</u>

        I.    The case should be ready for trial by <u>Spring/Summer of 2009</u> and any date during that time can be set at the Court's convenience.

        3.    **Settlement.** Plaintiffs have made an initial demand and the parties intend to discuss the possibility of settlement further before proceeding with discovery beyond Rule 26 Disclosures.

4.   **Consent.**  The parties do not consent unanimously to proceed before a magistrate judge.

Date: August 8, 2008

_____
Attorney for Plaintiffs



[s] Rita Moran
_____
Attorney for Defendant
the City of Chicago