# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3243 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Richard Stoecklin vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendant Officers' agreed motion to enlarge time to Answer or otherwise plead [15] granted to and including 8/29/2008.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|